

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2007 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07- **07-01075** |
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii): Distribution of Cocaine Base] |
| KENNETH BERNARD RILEY, aka "Kenny Boy," | ) | |
| Defendant. | ) | |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii)]

On or about June 20, 2005, in Los Angeles County, within the Central District of California, and elsewhere, defendant KENNETH BERNARD RILEY, also known as "Kenny Boy," knowingly and intentionally distributed approximately 143.7 grams of a mixture

///
///
///
///
///

1  or substance containing cocaine base, in the form of crack
2  cocaine, a Schedule II controlled substance.
3                          A TRUE BILL
4
5                          ___/s/_____
                              FOREPERSON
6
7  GEORGE S. CARDONA
   United States Attorney
8
9  [signature]
10 THOMAS P. O'BRIEN
   Assistant United States Attorney
11 Chief, Criminal Division
12 BONNIE L. HOBBS
   Assistant United States Attorney
13 Violent and Organized Crime Section
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28